## Solem Machine Company, Appellee, v. Georgia Lumber & Veneer Company, Appellant.

### Gen. No. 11,169. 

Second District, First Division.
September 8, 1958.
Released for publication September 25, 1958.

Collis M. Hennelly, and Epton, Scott, McCarthy & Epton (Saul A. Epton, Alfred S. Druth, and Collis M. Hennelly, of counsel) for appellant; Welsh and Welsh (R. T. Welsh, and John T. Holmstrom, Jr., of counsel) for appellee. Opinion by JUSTICE SPIVEY. Not to be published in full.